**UNITED STATES of America,**
Plaintiff—Appellee,

v.

**Daniel Profit DAVIS, a/k/a Daniel Prophet Davis, a/k/a Proffit Davis, Defendant—Appellant.**

No. 05–6644.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 3, 2005.

Decided Aug. 25, 2005.

Daniel Profit Davis, Appellant Pro Se. Robert Albert Jamison Lang, Office of the United States Attorney, Winston–Salem, North Carolina, for Appellee.

Before LUTTIG, WILLIAMS, and MOTZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Daniel Profit Davis appeals the district court's order denying his motion for leave to appeal in forma pauperis. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a

constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that his constitutional claims are debatable and that any dispositive procedural rulings by the district court are also debatable or wrong. *See Miller–El v. Cockrell,* 537 U.S. 322, 336–38, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003); *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose v. Lee,* 252 F.3d 676, 683 (4th Cir.2001). We have independently reviewed the record and conclude Davis has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We also deny Davis' motions to proceed in forma pauperis and for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*